```
BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 448-2900 FAX
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-cr-00078 MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| RATHANAK VAN,<br>    aka "LOONEY"<br>SNANGEHK PEOU,<br>LITTANOVONE KEOPADUPSY, and<br>HO LY, | Date: April 11, 2013<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison E. England |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between: Assistant United States Attorney Paul Hemesath, counsel for Plaintiff; Michael Petrik, counsel for defendant RATHANAK VAN, Christopher Cosca, counsel for defendant SNANGEHK PEOU; Mark Reichel, counsel for LITTANOVONE KEOPADUPSY; and Michael Long, counsel for HO LY, that the above status conference be rescheduled from this Court's April 11, 2013, calendar, and that the matter be re-calendared for May 23, 2013, at 9:00 a.m. This request is made jointly by the government and defense in order to

1

permit time for continued preparation, including investigation which is currently in progress, and plea negotiations. Defense counsel is reviewing substantial discovery materials, including hours of video and audio recordings concerning the alleged conduct. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS FURTHER STIPULATED that time be excluded between April 11, 2013, and May 23, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

Dated: April 9, 2013 /s/ Paul Hemesath
Paul Hemesath
Assistant United States Attorney
Counsel for Plaintiff

Dated: April 9, 2013 /s/ Michael Petrik
Michael Petrik
Counsel for Defendant
RATHANAK VAN

Dated: April 9, 2013 /s/ Mark Reichel
Mark Reichel
Counsel for Defendant
LITTANOVONE KEOPADUPSY

Dated: April 9, 2013 /s/ Christopher Cosca
Christopher Cosca
Counsel for Defendant
SNANGEHK PEOU

Dated: April 9, 2013 /s/ Michael Long
Michael Long
Counsel for Defendant
HO LY

**O R D E R**

Finding that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

DATED: April 12, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE