BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 448-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 2:13-cr-00078 MCE |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| RATHANAK VAN, | ) |
|    aka "LOONEY" | ) Date: May 23, 2013 |
| SNANGEHK PEOU, | ) Time: 9:00 a.m. |
| LITTANOVONE KEOPADUBSY, and | ) Judge: Hon. Morrison E. England |
| HO LY, | ) |
| Defendants. | ) |

**IT IS HEREBY STIPULATED** by and between: Assistant United States Attorney Paul Hemesath, counsel for Plaintiff; Michael Petrik, counsel for defendant RATHANAK VAN, Christopher Cosca, counsel for defendant SNANGEHK PEOU; Mark Reichel, counsel for LITTANOVONE KEOPADUBSY; and Michael Long, counsel for HO LY, that the above status conference be rescheduled from this Court's May 23, 2013, calendar, and that the matter be re-calendared for July 18, 2013, at 9:00 a.m.  This request is made jointly by the government and defense in order to

1

permit time for continued preparation, including investigation which is currently in progress, and plea negotiations. Defense counsel is reviewing substantial discovery materials, including hours of video and audio recordings concerning the alleged conduct. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS FURTHER STIPULATED that time be excluded between May 23, 2013, and July 18, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

Dated: May 20, 2013                    /s/ Paul Hemesath
                                       Paul Hemesath
                                       Assistant United States Attorney
                                       Counsel for Plaintiff

Dated: May 20, 2013                    /s/ Michael Petrik
                                       Michael Petrik
                                       Counsel for Defendant
                                       RATHANAK VAN

Dated: May 20, 2013                    /s/ Mark Reichel
                                       Mark Reichel
                                       Counsel for Defendant
                                       LITTANOVONE KEOPADUBSY

Dated: May 20, 2013                    /s/ Christopher Cosca
                                       Christopher Cosca
                                       Counsel for Defendant
                                       SNANGEHK PEOU

Dated: May 20, 2013                    /s/ Michael Long
                                       Michael Long
                                       Counsel for Defendant
                                       HO LY

**O R D E R**

Having reviewed the foregoing stipulation, and finding that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, **IT IS SO ORDERED.** The status conference in this matter is hereby continued from May 23, 2013 to July 18, 2013 at 9:00 a.m. in Courtroom No. 7.

DATED: May 22, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT