| | |
|---|---|
| 1 | MARK J. REICHEL, State Bar #155034 |
| 2 | THE LAW OFFICES OF MARK J. REICHEL |
|   | 455 CAPITOL MALL, 3rd FLOOR, Suite 350 |
| 3 | Sacramento, California 95814 |
|   | Telephone: (916) 498-9258 |
| 4 | FAX: (916) 441-6553 |
|   | mark@reichellaw.com |
| 5 | www.reichellaw.com |

Attorney for Defendant
LITTANOVONE KEOPADUBSY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-S-13-078 MCE-3 |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO MODIFY TERMS OF** |
| | ) | **PRETRIAL RELEASE; ORDER** |
| v. | ) | |
| | ) | Date: N/A |
| | ) | Time: N/A |
| | ) | Judge: Hon. DALE A. DROZD |
| LITTANOVONE KEOPADUBSY | ) | |
| | ) | |
| Defendants. | | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, undersigned hereto, that the terms of the defendant's pretrial release be modified as follows:

The release term that the defendant be on electronic monitoring is to be removed forthwith.

PRETRIAL SERVICES HAS SUGGESTED THIS ACTION.

DATED: June 6, 2013.           Respectfully submitted,

                               MARK J. REICHEL, ESQ.

                               */s/ MARK J. REICHEL*
                               MARK J. REICHEL

Attorney for defendant


                                        BENJAMIN WAGNER
                                        United States Attorney

DATED: June 6, 2013              /s/MARK J. REICHEL for:
                                        PAUL HEMESETH
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED. All remaining terms and conditions of the defendant's release shall remain in full force and effect.

DATED: June 6, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
keopadubsy0078.stipord.mod.coa.wpd