BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 448-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-cr-00078 MCE |
| Plaintiff, | |
| | STIPULATION AND ORDER |
| v. | |
| RATHANAK VAN, aka "LOONEY" | Date: July 18, 2013 |
| SNANGEHK PEOU, | Time: 9:00 a.m. |
| LITTANOVONE KEOPADUBSY, and | Judge: Hon. Morrison E. England |
| HO LY, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between: Assistant United States Attorney Paul Hemesath, counsel for Plaintiff; Michael Petrik, counsel for defendant RATHANAK VAN, Christopher Cosca, counsel for defendant SNANGEHK PEOU; Mark Reichel, counsel for LITTANOVONE KEOPADUBSY; and Michael Long, counsel for HO LY, that the above status conference be rescheduled from this Court's July 18, 2013, calendar, and that the matter be re-calendared for September 5, 2013, at 9:00 a.m.  This request is made jointly by the government and defense in

1

order to permit time for continued preparation, including investigation which is currently in progress, and plea negotiations. Defense counsel is reviewing substantial discovery materials, including hours of video and audio recordings concerning the alleged conduct. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS FURTHER STIPULATED that time be excluded between July 18, and September 5, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

Dated: July 15, 2013        /s/ Paul Hemesath
                            Paul Hemesath
                            Assistant United States Attorney
                            Counsel for Plaintiff

Dated: July 15, 2013        /s/ Michael Petrik
                            Michael Petrik
                            Counsel for Defendant
                            RATHANAK VAN

Dated: July 15, 2013        /s/ Mark Reichel
                            Mark Reichel
                            Counsel for Defendant
                            LITTANOVONE KEOPADUBSY

Dated: July 15, 2013        /s/ Christopher Cosca
                            Christopher Cosca
                            Counsel for Defendant
                            SNANGEHK PEOU

Dated: July 15, 2013        /s/ Michael Long
                            Michael Long
                            Counsel for Defendant
                            HO LY

2

**O R D E R**

Finding that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, **IT IS SO ORDERED.** The status conference currently scheduled for July 18, 2013, is hereby vacated and **continued to September 5, 2013, at 9:00 a.m.** in Courtroom 7.

Dated: July 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

3